| | |
|---|---|
| *Trustee's Name, Address, Phone, Fax, Email:*<br>David C. Farmer<br>P.O. Box 4379<br>Honolulu, HI 96812-4379<br>Phone: (808) 222-3133<br>Fax:    (866) 559-2922<br>Email: farmerd001@hawaii.rr.com | **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** |
| Debtor(s):<br>LEGG, PAUL BRADLEY | Case No.: 08-00210 FJR<br><br>Chapter 7 |

| | |
|---|---|
| **NOTICE OF DEPOSIT OF UNCLAIMED FUNDS** ||
| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | $ 111.76 |

[*List claimants for unclaimed funds below - attach continuation sheets if necessary.*]

| *Claim No.* | *Claimant Name and Address* | *Amount* |
|---|---|---|
| 11 | Harley-Davidson Credit<br>8529 Innovation Way<br>Chicago, IL 60682 | $111.76 |
| Dated: December 6, 2010 | /s/ David C. Farmer<br>         Trustee | |

hib_3011ntc      2/2007            [ECF:  Trustee/US Trustee ... Notice of Deposit of Unclaimed Funds]